No. —, original. Ex parte Jesse C. Duke. November 15, 1937. The motion for leave to file a petition for writ of mandamus is denied.

No. 229. Duke v. United States. November 15, 1937. Motion for leave to file affidavit as to bias and prejudice. *Per Curiam:* Upon consideration of the affidavit attached to the motion, the motion is denied.

No. 229. Duke v. United States. November 15, 1937. The petition to set aside the orders of the Court denying petition for writ of certiorari and petition for rehearing is denied. The motion for reconsideration of the motion to stay the order denying petition for writ of certiorari and the order denying petition for rehearing is denied.

Nos. 353 and 354. Ryan et al. v. Newfield; and No. 355. Florida Tex Oil Co. et al. v. Ballentine. November 15, 1937. The motion for leave to file a second petition for rehearing and suggestion of disqualification is denied.

No. 31. Vogt, Sheriff, v. Murphy. November 17, 1937. Ennis J. Kenney, present Sheriff of Kenton County, substituted as the party petitioner in place of Louis Vogt, resigned, on motion of *Mr. D. M. Outcalt* for the petitioner. See 301 U. S. 677.

No. 45. Phillips-Jones Corp. et al. v. Parmley et al. November 19, 1937. Lottie E. Parmley, Executrix of the Estate of C. S. Parmley, substituted as a party

respondent in place of C. S. Parmley, deceased, on motion of *Mr. Robert T. McCracken* for the petitioners. ▌

No. 35. NATIONAL CITY BANK *v.* PHILIPPINE ISLANDS. Certiorari, 301 U. S. 677, to the Supreme Court of the Philippines. Argued November 16, 1937. Decided November 22, 1937. *Per Curiam:* The judgment of the Supreme Court of the Philippines is reversed and the judgment of the Court of First Instance of Manila, dated the 24th day of July 1934, is affirmed upon the authority of *First National Bank* v. *California,* 262 U. S. 366; *Domenech* v. *National City Bank,* 294 U. S. 199, 204, 205; and *Posadas* v. *National City Bank,* 296 U. S. 497, 499, 500. *Mr. Carl A. Mead* for petitioner. *Mr. Raymond A. Walsh,* with whom *Messrs. Harry B. Hawes* and *Bon Geaslin* were on the brief, for respondent.

No. 565. TOOLE *v.* MINERS SAVINGS BANK. Appeal from the Supreme Court of Pennsylvania. Decided November 22, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Citizens' Savings Bank* v. *Owensboro,* 173 U. S. 636, 643; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; *Collins* v. *Streitz,* 298 U. S. 640. *Mr. W. L. Pace* for appellant. No appearance for appellee. ▌

No. 268. EMERY BIRD THAYER DRY GOODS CO. ET AL. *v.* WILLIAMS ET AL.; and

No. 269. WILLIAMS ET AL. *v.* EMERY BIRD THAYER DRY GOODS CO. ET AL. On certificate from the Circuit Court of Appeals for the Eighth Circuit. Decided No-